FILED
5/6/19 10:12 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br>  LISA M. PETERSON<br><br>        Debtor(s)<br>  Ronda J. Winnecour, Trustee<br>    Movant<br>      vs.<br>  LISA M. PETERSON<br><br>        Respondents | Case No. 14-22198 TPA<br><br>Chapter 13<br><br>Document No. ___67___ |

**ORDER TO STOP PAYROLL DEDUCTIONS**

AND NOW, this ___6th___ day of ___May___, 20_19_, it is hereby ORDERED, ADJUDGED, and DECREED that,

Medical & Surgical Eye Assoc
Attn : Payroll Manager
2400 Ardmore Blvd
2Nd Fl
Pittsburgh, PA 15221

is hereby ordered to immediately terminate the attachment of the wages of LISA M. PETERSON, social security number XXX-XX-4696. No future payments are to be sent to Ronda J. Winnecour, Trustee on behalf of LISA M. PETERSON.

cc: Debtor(s)
    Debtor(s) Attorney

BY THE COURT:

_____ vas
UNITED STATES BANKRUPTCY JUDGE

United States Bankruptcy Court
Western District of Pennsylvania

In re:  
Lisa M. Peterson  
    Debtor

Case No. 14-22198-TPA  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0315-2    User: ddoy    Page 1 of 1    Date Rcvd: May 07, 2019  
Form ID: pdf900    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 09, 2019.  
db      +Lisa M. Peterson,    2124 Oriole Street,    McKeesport, PA 15132-1237

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.      TOTAL: 0

    ***** BYPASSED RECIPIENTS *****  
NONE.      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 09, 2019      Signature: /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 7, 2019 at the address(es) listed below:

     Andrew F Gornall    on behalf of Creditor    PNC BANK, NATIONAL ASSOCIATION andygornall@latouflawfirm.com  
     James Warmbrodt    on behalf of Creditor    PNC BANK, NATIONAL ASSOCIATION bkgroup@kmllawgroup.com  
     Kenneth Steidl    on behalf of Debtor Lisa M. Peterson julie.steidl@steidl-steinberg.com, ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;todd@steidl-steinberg.com;cgoga@steidl-steinberg.com;rlager@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com  
     Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov  
     Peter J. Ashcroft    on behalf of Creditor    Duquesne Light Company pashcroft@bernsteinlaw.com, ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com  
     Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com  
     S. James Wallace    on behalf of Creditor    Equitable Gas Bankruptcy Department sjw@sjwpgh.com, Equitablebankruptcy@peoples-gas.com;srk@sjwpgh.com

     TOTAL: 7