IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: ) | |
| ) | |
| Lisa M. Peterson, ) | Case No. 14-22198 TPA |
| *Debtor* ) | Chapter 13 |
| ) | Related to Document No. 68 |
| Ronda J. Winnecour, Trustee, ) | |
| *Movant* ) | |
| ) | |
| *vs.* ) | |
| ) | |
| Lisa M. Peterson, ) | |
| *Respondent* ) | |

## **CERTIFICATE OF SERVICE**

    I, the undersigned, hereby certify that on May 10, 2019, a true and correct copy of the *Order to Stop Payroll Deductions* was served by U. S. First Class Mail, postage prepaid, upon the following persons and parties:

Ronda J. Winnecour, Trustee  
Suite 3250 – US Steel Tower  
600 Grant Street  
Pittsburgh, PA 15219  

Lisa M. Peterson  
2124 Oriole Street  
McKeesport, PA 15132  

Medical & Surgical Eye Assoc  
Attn: Payroll Manager  
2400 Ardmore Blvd  
2nd Fl  
Pittsburgh, PA 15221  

Date of Service:    May 10, 2019    /s/ Kenneth M. Steidl  
    Kenneth Steidl, Esquire  
    STEIDL & STEINBERG  
    28th Floor, Gulf Tower  
    707 Grant Street  
    Pittsburgh, PA 15219  
    (412) 391-8000  
    PA I.D. 34965