Form 300a

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

| | | |
|---|---|---|
| **Lisa M. Peterson** | : | Case No. 14−22198−TPA |
| *Debtor(s)* | : | Chapter: 13 |
| | : | |
| **RONDA J. WINNECOUR, Trustee,** | : | |
| *Movant(s),* | : | |
| | : | |
| v. | : | Related to Document No. 72 |
| **No Respondents** | : | |
| *Respondent(s).* | : | Hearing Date: 9/25/19 at 12:00 PM |
| | : | |
| | : | |
| | : | |

## ORDER SCHEDULING DATE FOR RESPONSE
## AND HEARING ON MOTION

*AND NOW,* this *The 30th of July, 2019*, a *Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements* having been filed at Doc. No. 72 , by the Chapter 13 Trustee

It is hereby **ORDERED, ADJUDGED and DECREED** that:

(1) *On or before September 13, 2019*, any *Response*, including a consent to the *Motion*, shall be filed with the Clerk's Office at U.S. Bankruptcy Court, (5414 U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219 *OR* U.S. Courthouse, Room B160, 17 South Park Row, Erie, PA 16501) and served on the counsel for the Moving Party.

(2) This *Motion* is scheduled for hearing on *September 25, 2019 at 12:00 PM* in Courtroom "C", 54th Floor, U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219, at which time the parties and/or their counsel shall appear and the Court will dispose of the *Motion*.

(3) If, after proper service, a Respondent fails to timely file a *Response*, the Court *may* determine that no hearing is required and accordingly enter the order by default. *To determine if a default order has been entered the Moving Party is directed to the Court's web site at www.pawb.uscourts.gov one day prior to the hearing. To view the calendar for Judge Thomas P. Agresti refer to the calendar section.* In the event a default order has been signed, the Moving Party shall *IMMEDIATELY* advise all affected parties. If a default order has not been entered, the parties will be *required* to appear at the hearing.

(4) If either the Debtor's *Certificate of Discharge Eligibility* or *Certificate of Financial Management* are not timely filed, once the Motion is approved, *without further notice or hearing, the case is SUBJECT TO CLOSURE WITHOUT A DISCHARGE.*

_____
Thomas P. Agresti, Judge
United States Bankruptcy Court

cm: All Parties Listed on The Clerk's Mailing Matrix

```
                           United States Bankruptcy Court
                           Western District of Pennsylvania
In re:                                                         Case No. 14-22198-TPA
Lisa M. Peterson                                               Chapter 13
          Debtor              CERTIFICATE OF NOTICE
District/off: 0315-2           User: vson                  Page 1 of 2                  Date Rcvd: Jul 30, 2019
                               Form ID: 300a               Total Noticed: 23


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 01, 2019.
db             +Lisa M. Peterson,    2124 Oriole Street,    McKeesport, PA 15132-1237
cr             +Equitable Gas Bankruptcy Department,    Attn: Judy Gawlowski,    225 North Shore Drive 2nd Floor,
                 Pittsburgh, PA 15212-5860
13875807        Allegheny Medical Practice,    c/o Collection Service Center,    PO Box 1623,
                 Butler, PA 16003-1623
13938069        American InfoSource LP as agent for,    DIRECTV, LLC,    PO Box 51178,
                 Los Angeles, CA 90051-5478
13908855        Capital One, N.A.,    c o Becket and Lee LLP,    POB 3001,    Malvern, PA 19355-0701
13875810       +Chase/Bank One Card Service,    PO Box 15298,    Wilmington, DE 19850-5298
13875811       +Collection Servce Center,    250 Mt. Lebanon Blvd.,    Suite 420,    West Mifflin, PA 15234-1249
13875812       +Convergent Outsourcing,    PO Box 9004,    Renton, WA 98057-9004
13862967       +PNC Bank,   c/o KML Law Group PC,    Mellon Independent Center,    701 Market Street, Suite 5000,
                 Philadelphia, PA 19106-1541
13862968       +PNC Bank,   3232 Newmark Drive,    Miamisburg, OH 45342-5421
13942783       +PNC Mortgage,   c/o KML Law Group, P.C.,    701 Market Street, Suite 5000,
                 Philadelphia, PA 19106-1541
13875817       +TD Bank USA/Target,    P.O. Box 673,    Minneapolis, MN 55440-0673

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr              E-mail/PDF: rmscedi@recoverycorp.com Jul 31 2019 03:24:43
                 Recovery Management Systems Corporation,    25 S.E. Second Avenue,    Suite 1120,
                 Miami, FL 33131-1605
13875808       +E-mail/Text: Bankruptcies@nragroup.com Jul 31 2019 03:23:16      Almar Radiologists, Inc.,
                 c/o NTL Recovery Agency,    2491 Paxton St.,    Harrisburg, PA 17111-1036
13875809       +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Jul 31 2019 03:24:34      Capital One Bank,
                 P.O. Box 30281,    Salt Lake City, UT 84130-0281
13885526        E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Jul 31 2019 03:25:22
                 Capital One Bank (USA), N.A.,    PO Box 71083,    Charlotte, NC 28272-1083
13937052       +E-mail/Text: kburkley@bernsteinlaw.com Jul 31 2019 03:23:07      Duquesne Light Company,
                 c/o Peter J. Ashcroft,,    Bernstein-Burkley, P.C.,,    707 Grant St., Suite 2200, Gulf Tower,,
                 Pittsburgh, PA 15219-1945
13875813        E-mail/Text: JCAP_BNC_Notices@jcap.com Jul 31 2019 03:22:35      Fingerhut Direct Marketing,
                 c/o Jefferson Capital System,    16 Mcleland Rd.,    Saint Cloud, MN 56303
13879290        E-mail/Text: JCAP_BNC_Notices@jcap.com Jul 31 2019 03:22:35      Jefferson Capital Systems LLC,
                 Po Box 7999,    Saint Cloud Mn 56302-9617
13875814       +E-mail/Text: bncnotices@becket-lee.com Jul 31 2019 03:20:53      Kohl's Department Store,
                 PO Box 3115,    Milwaukee, WI 53201-3115
13998761        E-mail/PDF: rmscedi@recoverycorp.com Jul 31 2019 03:23:50
                 Recovery Management Systems Corporation,    25 S.E. 2nd Avenue, Suite 1120,
                 Miami, FL 33131-1605
13882334       +E-mail/Text: bncmail@w-legal.com Jul 31 2019 03:22:27      TD BANK USA, N.A.,
                 C O WEINSTEIN,PINSON AND RILEY, PS,    2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
13875818       +E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Jul 31 2019 03:20:40
                 Verizon,    500 Technology Dr.,    Suite 300,    Saint Charles, MO 63304-2225
                                                                                               TOTAL: 11

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              Duquesne Light Company
cr              PNC BANK, NATIONAL ASSOCIATION
13875816*      +PNC Bank,   3232 Newmark Drive,    Miamisburg, OH 45342-5421
13875815*      +PNC Bank,   c/o KML Law Group PC,    Mellon Independent Center,    701 Market Street, Suite 5000,
                 Philadelphia, PA 19106-1541
                                                                                    TOTALS: 2, * 2, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 01, 2019                                     Signature:  /s/Joseph Speetjens

```
District/off: 0315-2          User: vson                Page 2 of 2              Date Rcvd: Jul 30, 2019
                              Form ID: 300a             Total Noticed: 23
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 30, 2019 at the address(es) listed below:
              Andrew F Gornall    on behalf of Creditor    PNC BANK, NATIONAL ASSOCIATION
               andygornall@latouflawfirm.com
              James Warmbrodt    on behalf of Creditor    PNC BANK, NATIONAL ASSOCIATION bkgroup@kmllawgroup.com
              Kenneth Steidl    on behalf of Debtor Lisa M. Peterson julie.steidl@steidl-steinberg.com,
               ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;todd@st
               eidl-steinberg.com;cgoga@steidl-steinberg.com;rlager@steidl-steinberg.com;leslie.nebel@steidl-ste
               inberg.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Peter J. Ashcroft    on behalf of Creditor    Duquesne Light Company pashcroft@bernsteinlaw.com,
               ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
              S. James Wallace    on behalf of Creditor    Equitable Gas Bankruptcy Department sjw@sjwpgh.com,
               Equitablebankruptcy@peoples-gas.com;srk@sjwpgh.com
                                                                                             TOTAL: 7
```