Case Imaged
9/16/19 11:16 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

# IN THE UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

LISA M. PETERSON

Debtor(s)

Ronda J. Winnecour
Movant
vs.
No Repondents.

Case No.:14-22198

Chapter 13

Document No. 72

### ORDER OF COURT

AND NOW, this 16th day of September, 2019, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

(1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

(2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

(3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

(4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

(5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or  rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

(6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

BY THE COURT

U.S. BANKRUPTCY JUDGE

vas

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                              Case No. 14-22198-TPA
Lisa M. Peterson                                                    Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0315-2          User: aala              Page 1 of 2          Date Rcvd: Sep 16, 2019
                             Form ID: pdf900         Total Noticed: 23

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 18, 2019.
db          +Lisa M. Peterson,    2124 Oriole Street,   McKeesport, PA 15132-1237
cr          +Equitable Gas Bankruptcy Department,   Attn: Judy Gawlowski,   225 North Shore Drive 2nd Floor,
              Pittsburgh, PA 15212-5860
13875807     Allegheny Medical Practice,   c/o Collection Service Center,   PO Box 1623,
              Butler, PA 16003-1623
13938069     American InfoSource LP as agent for,   DIRECTV, LLC,   PO Box 51178,
              Los Angeles, CA 90051-5478
13908855     Capital One, N.A.,   c o Becket and Lee LLP,   POB 3001,   Malvern, PA 19355-0701
13875810    +Chase/Bank One Card Service,   PO Box 15298,   Wilmington, DE 19850-5298
13875811    +Collection Servce Center,   250 Mt. Lebanon Blvd.,   Suite 420,   West Mifflin, PA 15234-1249
13875812    +Convergent Outsourcing,   PO Box 9004,   Renton, WA 98057-9004
13862967    +PNC Bank,   c/o KML Law Group PC,   Mellon Independent Center,   701 Market Street, Suite 5000,
              Philadelphia, PA 19106-1541
13862968    +PNC Bank,   3232 Newmark Drive,   Miamisburg, OH 45342-5421
13942783    +PNC Mortgage,   c/o KML Law Group, P.C.,   701 Market Street, Suite 5000,
              Philadelphia, PA 19106-1541
13875817    +TD Bank USA/Target,   P.O. Box 673,   Minneapolis, MN 55440-0673

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr           E-mail/PDF: rmscedi@recoverycorp.com Sep 17 2019 04:00:51
              Recovery Management Systems Corporation,   25 S.E. Second Avenue,   Suite 1120,
              Miami, FL 33131-1605
13875808    +E-mail/Text: Bankruptcies@nragroup.com Sep 17 2019 03:54:04     Almar Radiologists, Inc.,
              c/o NTL Recovery Agency,   2491 Paxton St.,   Harrisburg, PA 17111-1036
13875809    +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Sep 17 2019 03:58:54     Capital One Bank,
              P.O. Box 30281,   Salt Lake City, UT 84130-0281
13885526     E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Sep 17 2019 03:58:53
              Capital One Bank (USA), N.A.,   PO Box 71083,   Charlotte, NC 28272-1083
13937052    +E-mail/Text: kburkley@bernsteinlaw.com Sep 17 2019 03:55:55     Duquesne Light Company,
              c/o Peter J. Ashcroft,,   Bernstein-Burkley, P.C.,,   707 Grant St., Suite 2200, Gulf Tower,,
              Pittsburgh, PA 15219-1945
13875813     E-mail/Text: JCAP_BNC_Notices@jcap.com Sep 17 2019 03:53:27     Fingerhut Direct Marketing,
              c/o Jefferson Capital System,   16 Mcleland Rd.,   Saint Cloud, MN 56303
13879290     E-mail/Text: JCAP_BNC_Notices@jcap.com Sep 17 2019 03:53:27     Jefferson Capital Systems LLC,
              Po Box 7999,   Saint Cloud Mn 56302-9617
13875814    +E-mail/Text: bncnotices@becket-lee.com Sep 17 2019 03:52:23     Kohl's Department Store,
              PO Box 3115,   Milwaukee, WI 53201-3115
13998761     E-mail/PDF: rmscedi@recoverycorp.com Sep 17 2019 04:00:52
              Recovery Management Systems Corporation,   25 S.E. 2nd Avenue, Suite 1120,
              Miami, FL 33131-1605
13882334    +E-mail/Text: bncmail@w-legal.com Sep 17 2019 03:53:22     TD BANK USA, N.A.,
              C O WEINSTEIN,PINSON AND RILEY, PS,   2001 WESTERN AVENUE, STE 400,   SEATTLE, WA 98121-3132
13875818    +E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Sep 17 2019 03:52:12
              Verizon,   500 Technology Dr.,   Suite 300,   Saint Charles, MO 63304-2225
                                                                             TOTAL: 11

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr           Duquesne Light Company
cr           PNC BANK, NATIONAL ASSOCIATION
13875816*   +PNC Bank,   3232 Newmark Drive,   Miamisburg, OH 45342-5421
13875815*   +PNC Bank,   c/o KML Law Group PC,   Mellon Independent Center,   701 Market Street, Suite 5000,
              Philadelphia, PA 19106-1541
                                                                             TOTALS: 2, * 2, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 18, 2019                              Signature:  /s/Joseph Speetjens

District/off: 0315-2          User: aala              Page 2 of 2            Date Rcvd: Sep 16, 2019
                             Form ID: pdf900          Total Noticed: 23

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 16, 2019 at the address(es) listed below:
              Andrew F Gornall    on behalf of Creditor    PNC BANK, NATIONAL ASSOCIATION
              andygornall@latouflawfirm.com
              James  Warmbrodt    on behalf of Creditor    PNC BANK, NATIONAL ASSOCIATION bkgroup@kmllawgroup.com
              Kenneth  Steidl    on behalf of Debtor Lisa M. Peterson julie.steidl@steidl-steinberg.com,
              ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;todd@st
              eidl-steinberg.com;cgoga@steidl-steinberg.com;rlager@steidl-steinberg.com;leslie.nebel@steidl-ste
              inberg.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Peter J. Ashcroft    on behalf of Creditor    Duquesne Light Company pashcroft@bernsteinlaw.com,
              ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
              S. James Wallace    on behalf of Creditor    Equitable Gas Bankruptcy Department sjw@sjwpgh.com,
              Equitablebankruptcy@peoples-gas.com;srk@sjwpgh.com
                                                                                     TOTAL: 7